

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

SEAN CAHILL

CRIMINAL NO. 13-572-02

FILED
MAR 20 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT OF ACQUITTAL

**AND NOW**, this 19th day of March, 2014, the jury having returned its verdict finding the defendant not guilty, it is **ORDERED** that **JUDGMENT** is entered accordingly pursuant to Federal Rule of Criminal Procedure 32(b).

TIMOTHY J. SAVAGE, J.

cc:  U.S. Marshal
     Probation Office
     Counsel